s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Whirlpool Corporation, | : | Case No. 1:21-cv-00698 |
| Plaintiff, | : | HON. PAUL L. MALONEY |
| vs. | : | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| Regal Plumbing and Heating Co. | : | |
| Defendant. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Plaintiff Whirlpool Corporation and Defendant Regal Plumbing and Heating Co. stipulate that the deadline for Defendant to file its Reply in support of its *Motion to Dismiss Or, in the Alternative, to Transfer to the Northern District of Ohio* (Doc. 13) be extended by 10 days, from March 11, 2022 until March 21, 2022.

Accordingly, IT IS ORDERED THAT Defendant's deadline to file its Reply in support of its *Motion to Dismiss Or, in the Alternative, to Transfer to the Northern District of Ohio* is extended to **March 21, 2022.**

IT IS SO ORDERED.

Dated:  March _____, 2022.                              _____
                                                                                  The Honorable Paul L. Maloney
                                                                                  United States District Judge

6066720.1

STIPULATED AS TO FORM:

| | |
|---|---|
| /s/ *Janet Ramsey* (w/email consent from K. Smith) | /s/ *Adam S. Nightingale* |
| Janet Ramsey (P63285) | Adam S. Nightingale (OH: 0079095) |
| WARNER NORCROSS + JUDD LLP | EASTMAN & SMITH LTD. |
| 150 Ottawa Ave., NW | One SeaGate, 27th Floor |
| Suite 1500 | P.O. Box 10032 |
| Grand Rapids, MI 49503 | Toledo, Ohio 43699-0032 |
| Tel: 616.752.2736 | Telephone:    (419) 241-6000 |
| Email: jramsey@wnj.com | E-Mail: asnightingale@eastmansmith.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| Whirlpool Corporation | Regal Plumbing and Heating Co. |