s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Whirlpool Corporation, | : | Case No. 1:21-cv-00698 |
| Plaintiff, | : | HON. PAUL L. MALONEY |
| vs. | : | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| Regal Plumbing and Heating Co. | : | |
| Defendant. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Plaintiff Whirlpool Corporation and Defendant Regal Plumbing and Heating Co. stipulate that the deadline for Defendant to file its Reply in support of its *Motion to Dismiss Or, in the Alternative, to Transfer to the Northern District of Ohio* (Doc. 13) be extended by 10 days, from March 11, 2022 until March 21, 2022.

Accordingly, IT IS ORDERED THAT Defendant's deadline to file its Reply in support of its *Motion to Dismiss Or, in the Alternative, to Transfer to the Northern District of Ohio* is extended to **March 21, 2022.**

IT IS SO ORDERED.

Dated: March __10__, 2022.                    __/s/ Paul L. Maloney_____
                                              The Honorable Paul L. Maloney
                                              United States District Judge

6066720.1

STIPULATED AS TO FORM:

/s/ *Janet Ramsey* (w/email consent from K. Smith)  
Janet Ramsey (P63285)  
WARNER NORCROSS + JUDD LLP  
150 Ottawa Ave., NW  
Suite 1500  
Grand Rapids, MI 49503  
Tel: 616.752.2736  
Email: jramsey@wnj.com  

Attorney for Plaintiff  
Whirlpool Corporation  

/s/ *Adam S. Nightingale*  
Adam S. Nightingale (OH: 0079095)  
EASTMAN & SMITH LTD.  
One SeaGate, 27th Floor  
P.O. Box 10032  
Toledo, Ohio 43699-0032  
Telephone:     (419) 241-6000  
E-Mail: asnightingale@eastmansmith.com  

Attorney for Defendant  
Regal Plumbing and Heating Co.

2

6066720.1